## * Penman *against* Gardiner.

In a foreign attachment, plaintiff may be called upon to shew his cause of action, though after the third court. Fictions of law shall work no wrong.

FOREIGN attachment returnable to March term 1803.

Mr. Todd, for the defendant, moved, that the plaintiff should shew his cause of action. He stated that he had given notice to the plaintiff's attorney, at the beginning of the term of his intended motion.

This was admitted by Mr. Moylan, for the plaintiff, and that the judgment was entered, subsequent to such notice. He insisted that he had a right to enter his judgment at the third court, according to the act of assembly, which related to the first day of the term. The defendant's motion therefore came too late, according to the case of Whiteside *v.* Oakman, 1 Dall. 294.

*Per Cur.* Fictions of law shall work no wrong, (Hob. 311. 3 Burr. 1243,) and therefore the present motion must be considered as if made at the time of notice, and before the judgment entered.

The general rule laid down in 1 Dall. 294, we adopt. But there certainly may be just exceptions to it, in some instances which may be put. Suppose a foreign attachment levied, which is wholly unwarranted, of which the defendant should have no notice till judgment was obtained, and he should immediately apply to the court, would not the court grant him redress ?

In the present case, rule that the plaintiff shew his cause of action.